**Alma LITTLE, Appellant,**

v.

**Donald LITTLEFIELD and Baker Little-
field, Appellees.**

No. 19432.

United States Court of Appeals
Fifth Circuit.

March 1, 1963.

On petition for rehearing for original
opinion see 311 F.2d 885.

John H. Seale, Barber & Seale, Jasper,
Tex., for appellant.

John G. Tucker, Orgain, Bell & Tucker,
Beaumont, Tex., Gerald P. Coley, Hous-
ton, Tex., Gilbert I. Low, Beaumont, Tex.,
for appellees.

Before TUTTLE, Chief Judge, and
HUTCHESON and BROWN, Circuit
Judges.

PER CURIAM.

It being made to appear by the motion
for rehearing filed by the appellees that
at the time the trial court entered its
judgment notwithstanding the verdict,
there was still pending an undisposed of
motion for new trial by the appellees, the
language in our opinion to the effect that
"the jury verdict must, therefore, be re-
instated," should not have been included.

The last two paragraphs of the opinion
are, therefore, stricken and the following
paragraph is substituted in lieu thereof:

"The judgment of the trial court
setting aside the verdict was, there-
fore, erroneous. The judgment is
REVERSED and the case is RE-
MANDED to the district court to
reinstate the jury's verdict unless
the district court should grant a new
trial for any of the grounds set forth
in the appellees' undisposed of mo-
tion for new trial."

In all other respects the motion for
rehearing is Denied.

HUTCHESON, Circuit Judge.

I dissent from the order denying re-
hearing.

**Garnett R. DAVIS, Appellant,**

v.

**The TENNESSEE VALLEY AUTHOR-
ITY, Appellee.**

No. 19879.

United States Court of Appeals
Fifth Circuit.

March 1, 1963.

John P. Witsil, Washington, D. C., for
appellant.

Charles J. McCarthy, Gen. Counsel,
Thomas A. Pedersen, Asst. Gen. Counsel,
Robert Lynn Seeber, Atty., T.V.A., Knox-
ville, Tenn., for appellee.

Before TUTTLE, Chief Judge, and
POPE* and JONES, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the able
opinion of the trial court. Davis v.
Tennessee Valley Authority, No. Dist. of
Ala., 214 F.Supp. 229.

* Of the Ninth Circuit, sitting by designation.